IN THE UNITED STATED DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT GLASSCOCK, individually, and as representative of a Class of Participants and Beneficiaries, on behalf of Serco Inc. 401(k) Retirement Plan,  )<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>SERCO, INC.,  )<br>)<br>Defendant.  ) | Civil Action No. 1:20-cv-00092-RDA-JFA |

**NOTICE OF MOTION FOR CLASS CERTIFICATION AND TO PROVISIONALLY FILE CERTAIN DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that on November 13, 2020, or as soon thereafter as counsel may be heard, plaintiff Robert Glasscock, by and through his undersigned counsel, will move the Court to certify this case as a class action, and to file certain documents under seal.

Any person objection to the motion to seal must file an objection with the Clerk within seven (7) days after the filing of this motion to seal, and if no objection is filed in a timely manner, the court may treat the motion as uncontested.

Respectfully submitted this 16th day of October, 2020.

1

*s/David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
John J. Drudi, VA Bar No. 86790
**WISE LAW FIRM, PLC**
10476 Armstrong Street
Fairfax, Virginia 22030
T: (703) 934-6377/F: (703) 934-6379
dwise@wiselaw.pro
jdrudi@wiselaw.pro

Gregory F. Coleman (admitted *pro hac*)
Arthur Stock (admitted *pro hac*)
Ryan P. McMillan (admitted *pro hac*)
**GREG COLEMAN LAW PC**
800 South Gay Street, Suite 1100
Knoxville, TN 37929
T: (865) 247-0080/F: (865) 522-0049
greg@gregcolemanlaw.com
arthur@gregcolemanlaw.com
ryan@gregcolemanlaw.com

Scott C. Harris (admitted *pro hac*)
Patrick M. Wallace
**WHITFIELD BRYSON LLP**
900 W. Morgan Street
Raleigh, North Carolina 27603
T: (919) 600-5000/F: (919) 600-5035
Scott@whitfieldbryson.com
Pat@whitfieldbryson.com

Charles Crueger (admitted *pro hac*)
Benjamin Kaplan (admitted *pro hac*)
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Whitefish Bay, WI 53211
T: (414) 210-3868
cjc@cruegerdickinson.com
bak@cruegerdickinson.com

        Jordan Lewis (admitted *pro hac*)
**JORDAN LEWIS, P.A.**
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
T: (954) 616-8995/F : (954) 206-0374
jordan@jml-lawfirm.com

Edward A. Wallace (*pro hac* pending)
Mark J. Tamblyn (*pro ha*c pending)
**WEXLER WALLACE LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
T: (312) 346-2222/F: (312) 346-0022
eaw@wexlerwallace.com
mjt@wexlerwallace.com

*Attorneys for Plaintiff*