| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2018** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

## Part I — Annual Report Identification Information

For calendar plan year 2018 or fiscal plan year beginning 01/01/2018 and ending 12/31/2018

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [X] a single-employer plan
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

**1a** Name of plan
SERCO INC. 401(K) RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶ 003

**1c** Effective date of plan
01/01/2007

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
SERCO INC.

1230 WORLDGATE DRIVE
HERNDON, VA 20170

**2b** Employer Identification Number (EIN)
22-2902286

**2c** Plan Sponsor's telephone number
703-939-6159

**2d** Business code (see instructions)
541600

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 09/18/2019 | MARY BUZAN |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2018)
v. 171027

Form 5500 (2018) — Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address  ☒ Same as Plan Sponsor | **3b** Administrator's EIN | |
| | **3c** Administrator's telephone number | |

| | | |
|---|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN | |
| **a** Sponsor's name | **4d** PN | |
| **c** Plan Name | | |

| | | | |
|---|---|---|---|
| **5** | Total number of participants at the beginning of the plan year | **5** | 12414 |
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year ................ | **6a(1)** | 5672 |
| **a(2)** | Total number of active participants at the end of  the plan year  ................ | **6a(2)** | 4557 |
| **b** | Retired or separated participants receiving benefits................ | **6b** | 9 |
| **c** | Other retired or separated participants entitled to future benefits ................ | **6c** | 5677 |
| **d** | Subtotal. Add lines **6a(2), 6b,** and **6c**. | **6d** | 10243 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ................ | **6e** | 93 |
| **f** | Total.  Add lines **6d** and **6e**. | **6f** | 10336 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) ................ | **6g** | 9757 |
| **h** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ................ | **6h** | 1403 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)......... | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2R  2J  2F  2G  2K  2S  2T  3H  2E

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | | |
|---|---|---|---|---|
| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
| **(1)** | ☒ | Insurance | **(1)** | ☒ | Insurance |
| **(2)** | ☐ | Code section 412(e)(3) insurance contracts | **(2)** | ☐ | Code section 412(e)(3) insurance contracts |
| **(3)** | ☒ | Trust | **(3)** | ☒ | Trust |
| **(4)** | ☐ | General assets of the sponsor | **(4)** | ☐ | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

**a Pension Schedules**

- **(1)** ☒ **R** (Retirement Plan Information)
- **(2)** ☐ **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary
- **(3)** ☐ **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b General Schedules**

- **(1)** ☒ **H** (Financial Information)
- **(2)** ☐ **I** (Financial Information – Small Plan)
- **(3)** ☒ _1_ **A** (Insurance Information)
- **(4)** ☒ **C** (Service Provider Information)
- **(5)** ☒ **D** (DFE/Participating Plan Information)
- **(6)** ☐ **G** (Financial Transaction Schedules)

Form 5500 (2018)                                                                                           Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
| --- | --- |

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .........................…….…… ☐ Yes   ☐ No

    If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..… ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2018 Form M-1 annual report.  If the plan was not required to file the 2018 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

    Receipt Confirmation Code_____

| SCHEDULE A<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.**<br><br>▶ Insurance companies are required to provide the information<br>pursuant to ERISA section 103(a)(2). | OMB No. 1210-0110<br><br>**2018**<br><br>**This Form is Open to Public<br>Inspection** |
|---|---|---|

| For calendar plan year 2018 or fiscal plan year beginning | 01/01/2018 | and ending | 12/31/2018 |
|---|---|---|---|

| **A** Name of plan<br>SERCO INC. 401(K) RETIREMENT PLAN | **B** Three-digit<br>plan number (PN) ▶ | 003 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SERCO INC. | **D** Employer Identification Number (EIN)<br>22-2902286 |
|---|---|

| **Part I** | **Information Concerning Insurance Contract Coverage, Fees, and Commissions** Provide information for each contract<br>on a separate Schedule A.  Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A. |
|---|---|

**1**  Coverage Information:

**(a)** Name of insurance carrier

VOYA LIFE INSURANCE AND ANNUITY COMPANY

| **(b)** EIN | **(c)** NAIC<br>code | **(d)** Contract or<br>identification number | **(e)** Approximate number of<br>persons covered at end of<br>policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | **(f)** From | **(g)** To |
| 71-0294708 | 86509 | 624090 | 10336 | 01/01/2018 | 12/31/2018 |

**2**  Insurance fee and commission information. Enter the total fees and total commissions paid.  List in line 3 the agents, brokers, and other persons in
descending order of the amount paid.

| **(a)** Total amount of commissions paid | **(b)** Total amount of fees paid |
|---|---|
| 0 | 0 |

**3**  Persons receiving commissions and fees.  (Complete as many entries as needed to report all persons).

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base<br>commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base<br>commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Schedule A (Form 5500) 2018**
**v. 171027**

Schedule A  (Form 5500) 2018                                          Page **2 —** 1

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

**(a)** Name and address of the agent, broker, or other person to whom commissions or fees were paid

| **(b)** Amount of sales and base commissions paid | Fees and other commissions paid | | **(e)** Organization code |
|---|---|---|---|
| | **(c)** Amount | **(d)** Purpose | |
| | | | |

Schedule A  (Form 5500) 2018 — Page **3**

| Part II | **Investment and Annuity Contract Information** |
|---|---|
| | Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**4** Current value of plan's interest under this contract in the general account at year end ................................ | **4** |

**5** Current value of plan's interest under this contract in separate accounts at year end ................................ | **5** | 26004855

**6** Contracts With Allocated Funds:

  **a** State the basis of premium rates ▶

  **b** Premiums paid to carrier................................................................ | **6b** |

  **c** Premiums due but unpaid at the end of the year.......................... | **6c** |

  **d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount. | **6d** |

  Specify nature of costs ▶

  **e** Type of contract:  (1) ☐ individual policies      (2) ☐ group deferred annuity

  (3) ☐ other (specify) ▶

  **f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan, check here      ▶ ☐

**7** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

  **a** Type of contract:      (1) ☐ deposit administration      (2) ☐ immediate participation guarantee

  (3) ☐ guaranteed investment      (4) ☐ other ▶

  **b** Balance at the end of the previous year............................................. | **7b** |

  **c** Additions:  (1) Contributions deposited during the year.............................. | **7c(1)** |

  (2) Dividends and credits............................................. | **7c(2)** |

  (3) Interest credited during the year............................ | **7c(3)** |

  (4) Transferred from separate account......................... | **7c(4)** |

  (5) Other (specify below)............................................. | **7c(5)** |

  ▶

  (6)Total additions.............................................................................. | **7c(6)** |

  **d** Total of balance and additions (add lines **7b** and **7c(6)**). ....................... | **7d** |

  **e** Deductions:

  (1) Disbursed from fund to pay benefits or purchase annuities during year | **7e(1)** |

  (2) Administration charge made by carrier ................... | **7e(2)** |

  (3) Transferred to separate account............................. | **7e(3)** |

  (4) Other (specify below) ............................................. | **7e(4)** |

  ▶

  (5) Total deductions.......................................................................... | **7e(5)** |

  **f** Balance at the end of the current year (subtract line **7e(5)** from line **7d**) ........ | **7f** |

Schedule A  (Form 5500) 2018                                                                 Page **4**

| Part III | Welfare Benefit Contract Information |
|---|---|
| | If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organizations(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit.  Where contracts cover individual employees, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report. |

**8** Benefit and contract type (check all applicable boxes)

**a** ☐ Health (other than dental or vision)     **b** ☐ Dental          **c** ☐ Vision                    **d** ☐ Life insurance

**e** ☐ Temporary disability (accident and sickness)   **f** ☐ Long-term disability   **g** ☐ Supplemental unemployment   **h** ☐ Prescription drug

**i** ☐ Stop loss (large deductible)        **j** ☐ HMO contract       **k** ☐ PPO contract             **l** ☐ Indemnity contract

**m** ☐ Other (specify) ▶

**9** Experience-rated contracts:

| | | | |
|---|---|---|---|
| **a** | Premiums: (1) Amount received................................................. | **9a(1)** | |
| | (2) Increase (decrease) in amount due but unpaid.................... | **9a(2)** | |
| | (3) Increase (decrease) in unearned premium reserve .............. | **9a(3)** | |
| | (4) Earned (**(1) + (2) - (3)**)................................ | **9a(4)** | |
| **b** | Benefit charges (1) Claims paid ............................................... | **9b(1)** | |
| | (2) Increase (decrease) in claim reserves................................. | **9b(2)** | |
| | (3) Incurred claims (add **(1)** and **(2)**) ...................... | **9b(3)** | |
| | (4) Claims charged .................................................. | **9b(4)** | |
| **c** | Remainder of premium: (1) Retention charges (on an accrual basis) -- | | |
| | (A) Commissions..................................................... | **9c(1)(A)** | |
| | (B) Administrative service or other fees............................... | **9c(1)(B)** | |
| | (C) Other specific acquisition costs.................................. | **9c(1)(C)** | |
| | (D) Other expenses.................................................. | **9c(1)(D)** | |
| | (E) Taxes............................................................. | **9c(1)(E)** | |
| | (F) Charges for risks or other contingencies......................... | **9c(1)(F)** | |
| | (G) Other retention charges.......................................... | **9c(1)(G)** | |
| | (H) Total retention ................................................ | **9c(1)(H)** | |
| | (2) Dividends or retroactive rate refunds.  (These amounts were ☐ paid in cash, or ☐ credited.).................... | **9c(2)** | |
| **d** | Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ............... | **9d(1)** | |
| | (2) Claim reserves .................................................. | **9d(2)** | |
| | (3) Other reserves ................................................. | **9d(3)** | |
| **e** | Dividends or retroactive rate refunds due.  (Do not include amount entered in line **9c(2)**.) ................ | **9e** | |

**10** Nonexperience-rated contracts:

| | | | |
|---|---|---|---|
| **a** | Total premiums or subscription charges paid to carrier .................................................. | **10a** | |
| **b** | If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, line 2 above, report amount........................... | **10b** | |
| | Specify nature of costs. | | |

| Part IV | Provision of Information |
|---|---|

**11** Did the insurance company fail to provide any information necessary to complete Schedule A? ............   ☐ Yes   ☒ No

**12** If the answer to line 11 is "Yes," specify the information not provided.  ▶

| SCHEDULE C (Form 5500) | Service Provider Information | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | **2018**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2018 or fiscal plan year beginning 01/01/2018 and ending 12/31/2018

**A** Name of plan
SERCO INC. 401(K) RETIREMENT PLAN

**B** Three-digit
plan number (PN) ▶ 003

**C** Plan sponsor's name as shown on line 2a of Form 5500
SERCO INC.

**D** Employer Identification Number (EIN)
22-2902286

---

**Part I** | **Service Provider Information (see instructions)**

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

**1  Information on Persons Receiving Only Eligible Indirect Compensation**

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)............... ☒ Yes ☐ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation. Complete as many entries as needed (see instructions).

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

VOYA INSTITUTIONAL PLAN SERVICES

04-3516284

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

---

Schedule C (Form 5500) 2018

Page **2-** 1

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2018                                          Page **3** - | 1 |

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

VOYA INSTITUTIONAL PLAN SERVICES

04-3516284

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 37 49 64 99 | RECORD KEEPER | 818372 | Yes [X]  No [ ] | Yes [X]  No [ ] | 0 | Yes [ ]  No [X] |

**(a)** Enter name and EIN or address (see instructions)

VOYA RETIREMENT ADVISORS, LLC

22-1862786

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 26 | INVEST ADVISOR | 207416 | Yes [ ]  No [X] | Yes [ ]  No [ ] | | Yes [ ]  No [ ] |

**(a)** Enter name and EIN or address (see instructions)

SAGE VIEW ADVISORY

53-0819607

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 17 | CONSULTANT | 95000 | Yes [ ]  No [X] | Yes [ ]  No [ ] | | Yes [ ]  No [ ] |

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐   No ☐ | Yes ☐   No ☐ | | Yes ☐   No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐   No ☐ | Yes ☐   No ☐ | | Yes ☐   No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐   No ☐ | Yes ☐   No ☐ | | Yes ☐   No ☐ |

Schedule C (Form 5500) 2018                                    Page **4** - [1]

| **Part I** | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
|  |  |  |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|  |  |  |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|  |  |  |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|  |  |  |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|  |  |  |
| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|  |  |  |

Schedule C (Form 5500) 2018                                    Page **6** - 1

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries** (see instructions) |
|---|---|
| | (complete as many entries as needed) |

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **SCHEDULE D**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration | **DFE/Participating Plan Information**<br><br>This schedule is required to be filed under section 104 of the Employee<br>Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2018**<br><br>**This Form is Open to Public Inspection.** |
| --- | --- | --- |

For calendar plan year 2018 or fiscal plan year beginning   01/01/2018   and ending   12/31/2018

| **A** Name of plan<br>SERCO INC. 401(K) RETIREMENT PLAN | **B**   Three-digit<br>plan number (PN)   ▶   003 |
| --- | --- |
| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500<br>SERCO INC. | **D**   Employer Identification Number (EIN)<br>22-2902286 |

| **Part I** | **Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs** (to be completed by plans and DFEs)<br>(Complete as many entries as needed to report all interests in DFEs) |
| --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:   SEPARATE ACCOUNT VO734

**b** Name of sponsor of entity listed in (a):   VOYA LIFE INSURANCE AND ANNUITY COMPANY

| **c** EIN-PN  71-0294708-001 | **d** Entity<br>code   P | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions)   26004855 |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
| --- | --- | --- |

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity<br>code | **e** Dollar value of interest in MTIA, CCT, PSA, or<br>103-12 IE at end of year (see instructions) |
| --- | --- | --- |

Page **2** - ☐1

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

| **a** Name of MTIA, CCT, PSA, or 103-12 IE: |
| --- |

| **b** Name of sponsor of entity listed in (a): |
| --- |

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
| --- | --- | --- |

Schedule D (Form 5500) 2018                                     Page **3 -** [1]

| **Part II** | **Information on Participating Plans (to be completed by DFEs)** |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

**a**  Plan name

| **b** Name of<br>plan sponsor | **c** EIN-PN |
|---|---|

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2018**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2018 or fiscal plan year beginning 01/01/2018 and ending 12/31/2018

| **A** Name of plan<br>SERCO INC. 401(K) RETIREMENT PLAN | **B** Three-digit<br>plan number (PN) ▶ 003 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SERCO INC. | **D** Employer Identification Number (EIN)<br>22-2902286 |

| **Part I** | **Asset and Liability Statement** |

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ............................................... | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| **(1)** Employer contributions ............................................... | **1b(1)** | 92181 | |
| **(2)** Participant contributions ............................................... | **1b(2)** | | |
| **(3)** Other ............................................... | **1b(3)** | | |
| **c** General investments: | | | |
| **(1)** Interest-bearing cash (include money market accounts & certificates of deposit) ............................................... | **1c(1)** | | |
| **(2)** U.S. Government securities ............................................... | **1c(2)** | | |
| **(3)** Corporate debt instruments (other than employer securities): | | | |
| **(A)** Preferred ............................................... | **1c(3)(A)** | | |
| **(B)** All other ............................................... | **1c(3)(B)** | | |
| **(4)** Corporate stocks (other than employer securities): | | | |
| **(A)** Preferred ............................................... | **1c(4)(A)** | | |
| **(B)** Common ............................................... | **1c(4)(B)** | | |
| **(5)** Partnership/joint venture interests ............................................... | **1c(5)** | | |
| **(6)** Real estate (other than employer real property) ............................................... | **1c(6)** | | |
| **(7)** Loans (other than to participants) ............................................... | **1c(7)** | | |
| **(8)** Participant loans ............................................... | **1c(8)** | 10317150 | 8479929 |
| **(9)** Value of interest in common/collective trusts ............................................... | **1c(9)** | | |
| **(10)** Value of interest in pooled separate accounts ............................................... | **1c(10)** | 26520338 | 26004855 |
| **(11)** Value of interest in master trust investment accounts ............................................... | **1c(11)** | | |
| **(12)** Value of interest in 103-12 investment entities ............................................... | **1c(12)** | | |
| **(13)** Value of interest in registered investment companies (e.g., mutual funds) ............................................... | **1c(13)** | 334379643 | 297833650 |
| **(14)** Value of funds held in insurance company general account (unallocated contracts) ............................................... | **1c(14)** | | |
| **(15)** Other ............................................... | **1c(15)** | 1606825 | 2335269 |

Schedule H (Form 5500) 2018                                                        Page **2**

| 1d | Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|---|
| **(1)** | Employer securities ...................................... | 1d(1) | | |
| **(2)** | Employer real property ................................ | 1d(2) | | |
| **e** | Buildings and other property used in plan operation .................................... | 1e | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) ............................. | 1f | 372916137 | 334653703 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| **g** | Benefit claims payable................................................... | 1g | | |
| **h** | Operating payables ....................................................... | 1h | | |
| **i** | Acquisition indebtedness ............................................. | 1i | | |
| **j** | Other liabilities ............................................................. | 1j | | |
| **k** | Total liabilities (add all amounts in lines 1g through1j) ............................. | 1k | 0 | 0 |

### Net Assets

| | | | | |
|---|---|---|---|---|
| **l** | Net assets (subtract line 1k from line 1f) .................................... | 1l | 372916137 | 334653703 |

## Part II  Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | **(a)** Amount | **(b)** Total |
|---|---|---|---|---|
| **a** | **Contributions:** | | | |
| **(1)** | Received or receivable in cash from: **(A)** Employers............................. | 2a(1)(A) | 13027259 | |
| **(B)** | Participants............................................................ | 2a(1)(B) | 18880582 | |
| **(C)** | Others (including rollovers) ................................. | 2a(1)(C) | 2221420 | |
| **(2)** | Noncash contributions .......................................... | 2a(2) | | |
| **(3)** | Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)**.............. | 2a(3) | | 34129261 |
| **b** | **Earnings on investments:** | | | |
| **(1)** | Interest: | | | |
| **(A)** | Interest-bearing cash (including money market accounts and certificates of deposit)................................. | 2b(1)(A) | | |
| **(B)** | U.S. Government securities ................................. | 2b(1)(B) | | |
| **(C)** | Corporate debt instruments ................................ | 2b(1)(C) | | |
| **(D)** | Loans (other than to participants)....................... | 2b(1)(D) | | |
| **(E)** | Participant loans .................................................. | 2b(1)(E) | 431190 | |
| **(F)** | Other ..................................................................... | 2b(1)(F) | | |
| **(G)** | Total interest. Add lines **2b(1)(A)** through **(F)** ........ | 2b(1)(G) | | 431190 |
| **(2)** | Dividends: **(A)** Preferred stock.............................. | 2b(2)(A) | | |
| **(B)** | Common stock....................................................... | 2b(2)(B) | | |
| **(C)** | Registered investment company shares (e.g. mutual funds) .......... | 2b(2)(C) | 20492125 | |
| **(D)** | Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | 2b(2)(D) | | 20492125 |
| **(3)** | Rents......................................................................... | 2b(3) | | |
| **(4)** | Net gain (loss) on sale of assets:  **(A)** Aggregate proceeds..................... | 2b(4)(A) | | |
| **(B)** | Aggregate carrying amount (see instructions) ..... | 2b(4)(B) | | |
| **(C)** | Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result .............. | 2b(4)(C) | | 0 |
| **(5)** | Unrealized appreciation (depreciation) of assets: **(A)** Real estate.................. | 2b(5)(A) | | |
| **(B)** | Other ....................................................................... | 2b(5)(B) | | |
| **(C)** | Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)**. | 2b(5)(C) | | 0 |

Schedule H (Form 5500) 2018                                     Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ...................... | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts ...................... | 2b(7) | | 330560 |
| (8) Net investment gain (loss) from master trust investment accounts............ | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities ...................... | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds).................................................................. | 2b(10) | | -39575654 |
| c Other income........................................................................................... | 2c | | 111841 |
| d Total income. Add all **income** amounts in column (b) and enter total.................... | 2d | | 15919323 |

### Expenses

| | | | |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............ | 2e(1) | 56025943 | |
| (2) To insurance carriers for the provision of benefits................................. | 2e(2) | | |
| (3) Other ................................................................................................... | 2e(3) | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)**............................. | 2e(4) | | 56025943 |
| f Corrective distributions (see instructions) ............................................... | 2f | | 9344 |
| g Certain deemed distributions of participant loans (see instructions) ............ | 2g | | 106382 |
| h Interest expense...................................................................................... | 2h | | |
| i Administrative expenses: **(1)** Professional fees....................................... | 2i(1) | | |
| (2) Contract administrator fees.................................................................. | 2i(2) | | |
| (3) Investment advisory and management fees........................................... | 2i(3) | | |
| (4) Other ................................................................................................... | 2i(4) | 1120788 | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)**..................... | 2i(5) | | 1120788 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total ...... | 2j | | 57262457 |

### Net Income and Reconciliation

| | | | |
|---|---|---|---|
| k Net income (loss). Subtract line **2j** from line **2d** ....................................... | 2k | | -41343134 |
| l Transfers of assets: | | | |
| (1) To this plan......................................................................................... | 2l(1) | | 3080700 |
| (2) From this plan...................................................................................... | 2l(2) | | |

---

| **Part III** | **Accountant's Opinion** |
|---|---|

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☐ Unqualified      **(2)** ☐ Qualified      **(3)** ☒ Disclaimer      **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?      ☒ Yes      ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

**(1)** Name: ARONSON LLC          **(2)** EIN: 37-1611326

**d** The opinion of an independent qualified public accountant is **not attached** because:

**(1)** ☐ This form is filed for a CCT, PSA, or MTIA.      **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

| **Part IV** | **Compliance Questions** |
|---|---|

**4**    CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **a** | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.).................. | 4a | | X | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | 4b | | X | |

Schedule H (Form 5500) 2018                                    Page **4-** 1

|   |   | | Yes | No | Amount |
|---|---|---|-----|----|--------|
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ..................................... | 4c | | X | |
| d | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)........................................................................... | 4d | | X | |
| e | Was this plan covered by a fidelity bond? ........................................................... | 4e | X | | 1000000 |
| f | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? .......................................................... | 4f | | X | |
| g | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser?........................................ | 4g | | X | |
| h | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?.................. | 4h | | X | |
| i | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)........................................................... | 4i | X | | |
| j | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)........................................................... | 4j | | X | |
| k | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ..................................................... | 4k | | X | |
| l | Has the plan failed to provide any benefit when due under the plan?...................................... | 4l | | X | |
| m | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)............................................................................ | 4m | | X | |
| n | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ....................................... | 4n | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No

If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes  ☐ No  ☐ Not determined

If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____  _____. (See instructions.)

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2018**<br><br>**This Form is Open to Public Inspection.** |
| --- | --- | --- |

For calendar plan year 2018 or fiscal plan year beginning   01/01/2018   and ending   12/31/2018

| **A** Name of plan<br>SERCO INC. 401(K) RETIREMENT PLAN | **B** Three-digit<br>plan number<br>(PN)   ▶ | 003 |
| --- | --- | --- |

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>SERCO INC. | **D** Employer Identification Number (EIN)<br>22-2902286 |
| --- | --- |

| **Part I** | **Distributions** |
| --- | --- |

**All references to distributions relate only to payments of benefits during the plan year.**

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ............................................................................................................................. **1**

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):   04-3581074 _____   _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ................................................................................................................. **3**

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
| --- | --- |

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ......................... ☐ Yes  ☐ No  ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ..................................................................................... **6a**

**b** Enter the amount contributed by the employer to the plan for this plan year............................... **6b**

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ......................................................... **6c**

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? ......................... ☐ Yes  ☐ No  ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ........................................................................................... ☐ Yes  ☐ No  ☐ N/A

| **Part III** | **Amendments** |
| --- | --- |

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box. ☐ Increase  ☐ Decrease  ☐ Both  ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
| --- | --- |

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ............... ☐ Yes  ☐ No

**11 a** Does the ESOP hold any preferred stock? ...................................................................................................... ☐ Yes  ☐ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ............................................................. ☐ Yes  ☐ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ............................................ ☐ Yes  ☐ No

| For Paperwork Reduction Act Notice, see the Instructions for Form 5500. | Schedule R (Form 5500) 2018<br>v. 171027 |
| --- | --- |

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13**   Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**   Name of contributing employer

**b**   EIN                                          **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
 (1)   Contribution rate (in dollars and cents) _____
 (2)   Base unit measure: □ Hourly   □ Weekly   □ Unit of production   □ Other (specify):

**a**   Name of contributing employer

**b**   EIN                                          **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
 (1)   Contribution rate (in dollars and cents) _____
 (2)   Base unit measure: □ Hourly   □ Weekly   □ Unit of production   □ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                          **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
 (1)   Contribution rate (in dollars and cents) _____
 (2)   Base unit measure: □ Hourly   □ Weekly   □ Unit of production   □ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                          **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
 (1)   Contribution rate (in dollars and cents) _____
 (2)   Base unit measure: □ Hourly   □ Weekly   □ Unit of production   □ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                          **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
 (1)   Contribution rate (in dollars and cents) _____
 (2)   Base unit measure: □ Hourly   □ Weekly   □ Unit of production   □ Other (specify): _____

**a**   Name of contributing employer

**b**   EIN                                          **c**   Dollar amount contributed by employer

**d**   Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box □ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____   Day _____   Year _____

**e**   Contribution rate information *(If more than one rate applies, check this box □ and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
 (1)   Contribution rate (in dollars and cents) _____
 (2)   Base unit measure: □ Hourly   □ Weekly   □ Unit of production   □ Other (specify): _____

| 14 | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
|----|---|---|---|
| **a** | The current year............................................................................................................................ | **14a** | |
| **b** | The plan year immediately preceding the current plan year............................................................ | **14b** | |
| **c** | The second preceding plan year ..................................................................................................... | **14c** | |

| 15 | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
|----|---|---|---|
| **a** | The corresponding number for the plan year immediately preceding the current plan year................ | **15a** | |
| **b** | The corresponding number for the second preceding plan year ...................................................... | **15b** | |

| 16 | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
|----|---|---|---|
| **a** | Enter the number of employers who withdrew during the preceding plan year   ............................... | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers ................................................... | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ................................................................................................................................... ☐

## Part VI    Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

   **a**  Enter the percentage of plan assets held as:

       Stock: _____ %  Investment-Grade Debt: _____ %  High-Yield Debt: _____ %  Real Estate: _____ %  Other: _____ %

   **b**  Provide the average duration of the combined investment-grade and high-yield debt:

       ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more

   **c**  What duration measure was used to calculate line 19(b)?

       ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

**SERCO INC. 401(K) RETIREMENT PLAN**

**FINANCIAL STATEMENTS**

**DECEMBER 31, 2018 AND 2017**

**Serco Inc. 401(k) Retirement Plan**

**Table of Contents**

| | Page |
|---|---|
| **Independent Auditor's Report** | 1 - 2 |
| **Financial Statements** | |
| Statements of Net Assets Available for Benefits | 3 |
| Statement of Changes in Net Assets Available for Benefits | 4 |
| Notes to Financial Statements | 5 - 14 |
| **Supplemental Schedule** | |
| Schedule of Assets (Held at End of Year) | 15 - 16 |



**805 King Farm Boulevard**
Suite 300
Rockville, Maryland 20850

☏ 301.231.6200
🖷 301.231.7630
www.aronsonllc.com
info@aronsonllc.com

**Independent Auditor's Report**

Plan Administrator
**Serco Inc. 401(k) Retirement Plan**
Herndon, Virginia

We were engaged to audit the accompanying financial statements of **Serco Inc. 401(k) Retirement Plan** (the "Plan"), which comprise the Statements of Net Assets Available for Benefits as of December 31, 2018 and 2017, and the related Statement of Changes in Net Assets Available for Benefits for the year ended December 31, 2018, and the related notes to the financial statements.

***Management's Responsibility for the Financial Statements***

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

***Auditor's Responsibility***

Our responsibility is to express an opinion on these financial statements based on conducting the audits in accordance with auditing standards generally accepted in the United States of America. Because of the matter described in the *Basis for Disclaimer of Opinion* paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

***Basis for Disclaimer of Opinion***

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the Plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 3, which was certified by Voya Institutional Trust Company, the trustee of the Plan, except for comparing the information with the related information included in the financial statements.  We have been informed by the Plan administrator that the trustee holds the Plan's investment assets and executes investment transactions.  The Plan administrator has obtained a certification from the trustee as of December 31, 2018 and 2017 and for the year ended December 31, 2018, that the information provided to the Plan administrator by the trustee is complete and accurate.

-1-



**Independent Auditor's Report (continued)**

*Disclaimer of Opinion*

Because of the significance of the matter described in the *Basis for Disclaimer of Opinion* paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on these financial statements.

*Other Matter*

The supplemental Schedule of Assets (Held at End of Year) as of December 31, 2018 is required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974 and is presented for the purpose of additional analysis and is not a required part of the financial statements. Because of the significance of the matter described in the *Basis for Disclaimer of Opinion* paragraph, we do not express an opinion on the supplemental schedule referred to above.

*Report on Form and Content in Compliance with DOL Rules and Regulations*

The form and content of the information included in the financial statements and supplemental schedules, other than that derived from the information certified by the trustee, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*Aronson LLC*

Rockville, Maryland
August 21, 2019

-2-



Certified Public Accountants & Management Consultants

805 King Farm Boulevard | Suite 300 | Rockville, Maryland 20850 | ☏ 301.231.6200 | 🖷 301.231.7630 | www.aronsonllc.com | info@aronsonllc.com

**Serco Inc. 401(k) Retirement Plan**

**Statements of Net Assets Available for Benefits**

| *December 31,* | **2018** | 2017 |
|---|---|---|
| **Assets** | | |
| **Investments, at fair value** | **$ 300,162,624** | $ 335,979,964 |
| **Investments, at contract value** | **26,004,326** | 26,520,337 |
| **Receivables** | | |
| Employer contributions | **337,933** | 392,771 |
| Notes receivable from participants | **8,910,890** | 10,692,785 |
| **Total receivables** | **9,248,823** | 11,085,556 |
| **Net assets available for benefits** | **$ 335,415,773** | $ 373,585,857 |

The accompanying Notes to Financial Statements are an integral part of these financial statements.

# Serco Inc. 401(k) Retirement Plan

## Statement of Changes in Net Assets Available for Benefits

*Year Ended December 31, 2018*

| | |
|---|---:|
| **Additions (reductions)** | |
| Investment income | |
| Interest and dividends | $  20,824,181 |
| Net depreciation in fair value of investments | (39,607,572) |
| **Total investment loss** | **(18,783,391)** |
| | |
| Contributions | |
| Participant | 18,880,524 |
| Employer | 6,313,388 |
| Employer prevailing wage | 6,752,038 |
| Rollovers | 5,301,596 |
| **Total contributions** | **37,247,546** |
| **Interest income from notes receivable from participants** | **437,526** |
| **Total additions** | **18,901,681** |
| | |
| **Deductions** | |
| Benefits paid to participants | 55,950,976 |
| Administrative expenses | 1,120,789 |
| **Total deductions** | **57,071,765** |
| | |
| **Net decrease before transfers** | **(38,170,084)** |
| **Transfer from Serco Inc. 401(k) Patco Union Plan** | **485,052** |
| **Transfer to Serco Inc. 401(k) Patco Union Plan** | **(485,052)** |
| **Net decrease** | **(38,170,084)** |
| | |
| **Net assets available for benefits** | |
| Beginning of plan year | 373,585,857 |
| End of plan year | $ 335,415,773 |

The accompanying Notes to Financial Statements are an integral part of these financial statements.

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

| | | |
|---|---|---|
| **1.** | **Description of the Plan** | The following description of the Serco Inc. 401(k) Retirement Plan (the "Plan") provides only general information.  Participants should refer to the Plan document for a more complete description of the Plan's provisions. |

**General:**  The Plan is a defined contribution plan covering substantially all employees of Serco, Inc. (the "Company") and its participating affiliates, except for nonresident aliens, leased employees and employees covered by a collective bargaining agreement.  The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA").

The account balances of certain participants employed by Serco, Inc. whose employment classification changes between union and non-union are transferred between the Plan and Serco Inc.'s plan for Union employees when the classification change occurs.

In 2018, the Company acquired BTP Systems, LLC (BTP). The BTP Systems, LLC 401(k) Plan was terminated and participants were given the option to have their account balance rolled into any qualified plan (including the Plan). Approximately $3 million was rolled into the Plan during the year ended December 31, 2018, and is included in rollovers on the Statement of Changes in Net Assets Available for Benefits. Effective January 1, 2018, the Plan was amended to recognize prior service with BTP Systems, LLC for eligibility, vesting, and contribution allocations under the Plan.

**Contributions:**  Each year, participants may contribute up to 100 percent of pretax annual compensation, as defined in the Plan.  Participants that are highly compensated may contribute up to seven percent of pretax annual compensation, as defined in the Plan.  Participants that are classified as "Poly cleared" may contribute up to six percent of pretax annual compensation, as defined in the Plan.  Roth contributions are also permitted.  Participants who have attained age 50 before the end of the Plan year are eligible to make catch-up contributions.  Participants may also contribute amounts representing distributions from other qualified plans (rollovers). The Plan provides for automatic enrollment.  Any newly eligible employee who has not affirmatively elected to contribute to the Plan or has not affirmatively declined to participate in the Plan will be automatically enrolled in the Plan with a three percent withholding of pretax annual compensation.  This withholding will increase by one percent each subsequent year until the automatic election reaches a maximum withholding contribution of six percent of compensation.  Effective with the amendment on January 1, 2018, the maximum withholding contribution was increased to twelve percent of compensation.

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

The Plan allows for discretionary matching contributions.  During 2018, the Company contributed 50 percent of the first 6 percent of compensation that a participant contributed to the Plan.  Additionally, the Plan allows for an additional discretionary matching contribution for Poly cleared employees of 50% of the first 6% of compensation that Poly cleared participants contribute to the Plan, provided the participant contributes at least 6% and is employed on the last day of the Plan year.  Profit sharing amounts may be contributed at the discretion of the Company.  Participants must complete at least 1,000 hours of service during the Plan year and be employed on the last day of the Plan year to receive an allocation of any discretionary profit sharing contribution.  There were no such contributions for the Plan year ended December 31, 2018.  The Plan provides for Company prevailing wage contributions on behalf of all Service Contract Act ("SCA") employees.  The amount of the contribution shall be equal to the balance of the fringe benefit payment for each SCA participant based on the employment classification hourly contribution rate reduced by the amount of benefits provided by the Company.   Contributions are subject to certain limitations.

**Participant accounts:**  Each participant's account is credited with the participant's contributions, the Company's prevailing wage contributions, as applicable, the Company's discretionary matching contributions, if any, as well as allocations of the Company's discretionary profit sharing contribution, if any, and Plan earnings.  Investment earnings and losses are allocated based upon the investment performance of each investment in the participant's account.  The benefit to which a participant is entitled is the benefit that can be provided from the participant's vested account.

**Payment of benefits:**  Benefits are payable upon retirement at age 65, disability, death, or termination of employment.  Hardship withdrawals and in-service withdrawals at age 59 1/2 are also permitted, subject to provisions described in the Plan document.  Withdrawals from rollover contributions are permitted at any time.   Benefits are payable in lump sum payments. Partial withdrawals are also permitted, subject to a $500 minimum.

**Vesting:**  Participants are vested immediately in their contributions and Company prevailing wage contributions plus actual earnings thereon.  Vesting in the Company discretionary matching and discretionary profit sharing contributions is based on years of continuous service of at least 1,000 hours per year.  A participant is 33 percent vested after one year of service is completed, and vests an additional 33 percent per year until full vesting after three years.

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

**Forfeited accounts:** At December 31, 2018 and 2017, forfeited nonvested accounts totaled $559,635 and $361,583, respectively. These accounts will be used to reduce future Company contributions or to pay Plan expenses. During 2018, $476,978 of forfeited nonvested accounts were used to reduce Company contributions, and no forfeited nonvested accounts were used to pay Plan expenses.

**Notes receivable from participants:** Participants may borrow from their fund accounts a minimum of $1,000 up to a maximum of the lesser of $50,000 or 50% of their vested account balance. Loan terms range from one to five years or up to ten years for the purchase of a primary residence. The loans are secured by the balance in the participant's account and bear interest at the prime rate published in The Wall Street Journal plus one percent. Principal and interest are paid through payroll deductions.

**Administrative expenses:** Certain expenses of maintaining the Plan are paid by the Company. Participants are also charged an asset based fee for recordkeeping. These fees are included in administrative expenses.

2. **Significant accounting policies**

**Basis of accounting:** The financial statements of the Plan are prepared under the accrual method of accounting.

Investments held by a defined contribution plan are required to be reported at fair value, except for fully benefit-responsive investment contracts. Contract value is the relevant measurement attribute for the portion of the net assets available for benefits of a defined contribution plan attributable to fully benefit-responsive investment contracts because contract value is the amount participants normally would receive if they were to initiate permitted transactions under the terms of the Plan.

**Investment valuation and income recognition:** Investments are reported at fair value, except for fully benefit-responsive investment contracts, which are reported at contract value. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 4 for a discussion of fair value measurements.

Purchases and sales of investments are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date. Net depreciation includes the Plan's gains and losses on investments bought and sold as well as held during the year.

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

**Notes receivable from participants:**  Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest.  Interest income is recorded on the accrual basis.  Delinquent loans are reclassified as distributions based upon the terms of the Plan document.

**Payment of benefits:**  Benefits are recorded when paid.

**Use of estimates:**   The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, and changes therein and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Subsequent events:**  The Plan has evaluated subsequent events for disclosure in these financial statements through August 21, 2019 which is the date the financial statements were available to be issued.

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

**3.  Certified information**

The Plan administrator has elected the method of compliance as permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA.  Accordingly, Voya Institutional Trust Company, the trustee, has certified as to the completeness and accuracy of all investment balances, related investment activity, notes receivable from participants, and related interest income from notes receivable from participants reflected in the accompanying financial statements and supplemental schedule, summarized as follows:

|  | **2018** | 2017 |
|---|---|---|
| Investments, at fair value | **$ 300,162,624** | $ 335,979,964 |
| Investments, at contract value | **$ 26,004,326** | $ 26,520,337 |
| Notes receivable from participants | **$ 8,910,890** | $ 10,692,785 |
| Interest and dividend income | **$ 20,824,181** | |
| Net depreciation in fair value of investments | **(39,607,572)** | |
| **Total investment loss** | **$ (18,783,391)** | |
| Interest income from notes receivable from participants | **$ 437,526** | |

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

| 4. | Fair value measurements | The Plan reports certain assets at fair value based on a hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1 measurements) and the lowest priority to unobservable inputs (level 3 measurements). The three levels of the fair value hierarchy are described below: |

Level 1. Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2. Inputs to the valuation methodology include quoted prices for similar assets or liabilities in active markets, quoted prices for identical or similar assets or liabilities in inactive markets, inputs other than quoted prices that are observable for the asset or liability, and inputs that are derived from or corroborated by observable market data by correlation or other means.  If the asset or liability has a specified (contractual) term, the level 2 input must be observable for substantially the full term of the asset or liability.

Level 3. Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset or liability's level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.  Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

Following is a description of the valuation methodologies used for assets measured at fair value.  There have been no changes in the methodologies used at December 31, 2018 and 2017.

The fair value of the shares of mutual funds owned by the Plan is based on quoted net asset values on the last business day of the Plan year.

The fair value of the publicly traded securities held in self-managed accounts are valued at quoted market prices.

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

The fair value of assets is as follows:

| | **Assets at Fair Value as of December 31, 2018** | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Mutual funds | $ 297,827,355 | $ - | $ - | $ 297,827,355 |
| Self managed accounts | 2,335,269 | - | - | 2,335,269 |
| **Total assets at fair value** | $ 300,162,624 | $ - | $ - | $ 300,162,624 |

| | **Assets at Fair Value as of December 31, 2017** | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Mutual funds | $ 334,373,139 | $ - | $ - | $ 334,373,139 |
| Self managed accounts | 1,606,825 | - | - | 1,606,825 |
| **Total assets at fair value** | $ 335,979,964 | $ - | $ - | $ 335,979,964 |

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

| 5. | Guaranteed investment contract | The Plan participates in a benefit responsive investment contract with Voya Insurance and Annuity Company ("Voya") via an investment in a separate account guaranteed investment contract, the Voya Stabilizer Fund.  The account is credited with earnings on the underlying investments and charged for participant withdrawals and administrative expenses.  Voya is contractually obligated to repay the principal and a specified interest rate that is guaranteed to the Plan.  Contract value, as reported to the Plan by Voya, represents contributions made under the contract, plus earnings, less participant withdrawals and administrative expenses. Participants may ordinarily direct withdrawals or transfer all or a portion of their investment at contract value.  The contract has no maturity date and there is no market value adjustment upon discontinuance.  There are no reserves against contract value for credit risk of the contract issuer or otherwise.  Certain events limit the ability of the Plan to transact at contract value with the issuer.  Such events include: termination of the Plan, the Plan no longer being a qualified plan under the Internal Revenue Code and any action taken that would materially affect the rights and obligations of the issuer under the contract.  The Plan administrator does not believe that any event that would limit the Plan's ability to transact at contract value with participants is probable of occurring. |
|---|---|---|
| 6. | Risks and uncertainties | The Plan provides for investments in various securities that are exposed to risks, such as interest rate, market and credit risks.  Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in future statements of net assets available for benefits. |
| 7. | Plan termination | Although it has not expressed any intent to do so, the Company has the right under the Plan to discontinue its contributions at any time and to terminate the Plan subject to the provisions of ERISA.  In the event of Plan termination, participants will become fully vested in their accounts. |
| 8. | Party-in-interest transactions | Certain Plan investments are managed by affiliates of Voya Institutional Plan Services, LLC.  Voya Institutional Plan Services, LLC is the recordkeeper as defined by the Plan. The fees paid to Voya Institutional Plan Services, LLC and Voya Retirement Advisors amounted to $1,120,789 for the year ended December 31, 2018.  These transactions qualify as exempt party-in-interest transactions. |

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

---

**9.   Tax status**      The Internal Revenue Service ("IRS") has determined and informed the Plan administrator by letter dated August 2, 2018, that the Plan and related trust are designed in accordance with applicable sections of the Internal Revenue Code ("IRC").  Although the Plan has been amended since receiving the determination letter, the Plan administrator believes that the Plan is designed, and is currently being operated in compliance with the applicable requirements of the IRC and, therefore, believes that the Plan is qualified, and the related trust is tax-exempt.

Accounting principles generally accepted in the United States of America require Plan management to evaluate tax positions taken by the Plan and recognize a tax liability if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the IRS. The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

**10.  Reconciliation**      The following is a reconciliation of amounts in the financial statements to Form 5500 as
**to Form 5500**      of December 31, 2018 and 2017 and for the year ended December 31, 2018:

|  | **2018** | 2017 |
|---|---|---|
| Net assets available for benefits per the financial statements | **$ 335,415,773** | $ 373,585,857 |
| Difference in employer contributions receivable | **(337,933)** | (300,590) |
| Deemed distributions | **(430,961)** | (375,635) |
| Difference in investments | **6,824** | 6,504 |
| Rounding | **–** | 1 |
| **Total net assets per Form 5500** | **$ 334,653,703** | $ 372,916,137 |

-13-

**Serco Inc. 401(k) Retirement Plan**

**Notes to Financial Statements**

| | | |
|---|---:|---:|
| Total additions per the financial statements | $ | 18,901,681 |
| Rollovers from BTP Systems, LLC | | (3,080,700) |
| Difference in employer contributions receivable - 2017 | | 300,590 |
| Difference in employer contributions receivable - 2018 | | (337,933) |
| Difference in investments - 2017 | | (6,504) |
| Difference in investments - 2018 | | 6,824 |
| Classification difference | | 135,366 |
| Rounding | | (1) |
| **Total income per Form 5500** | $ | 15,919,323 |
| | | |
| Total deductions per the financial statements | $ | 57,071,765 |
| Deemed distributions - 2017 | | (375,635) |
| Deemed distributions - 2018 | | 430,961 |
| Classification difference | | 135,366 |
| **Total expenses per Form 5500** | $ | 57,262,457 |
| | | |
| Transfer in per the financial statements | $ | 485,052 |
| Rollovers from BTP Systems, LLC | | 3,080,700 |
| Difference in transfer | | (485,052) |
| **Total transfer out per Form 5500** | $ | 3,080,700 |
| | | |
| Transfer out per the financial statements | $ | 485,052 |
| Difference in transfer | | (485,052) |
| **Total transfer in per Form 5500** | $ | - |

-14-

**Serco Inc. 401(k) Retirement Plan**
EIN: 22-2902286
Plan: 003

**Schedule H, Line 4i - Schedule of Assets (Held at End of Year)**

December 31, 2018

| (a) | (b) Identity of Issue, Borrower Lessor or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Voya Institutional Trust Company: | | | |
| | American Funds Capital World Gr&Inc R4 | Mutual Fund | NR | $ 7,564,607 |
| | American Funds EuroPacific Growth R6 | Mutual Fund | NR | 6,736,333 |
| | BlackRock High Yield Bond | Mutual Fund | NR | 3,231,835 |
| | Fidelity Extended Market Index | Mutual Fund | NR | 11,176,638 |
| | Fidelity International Index | Mutual Fund | NR | 14,199,617 |
| * | Voya Large Cap Growth | Mutual Fund | NR | 23,816,238 |
| | MFS Value | Mutual Fund | NR | 10,142,096 |
| | MFS Mid Cap Value | Mutual Fund | NR | 3,895,389 |
| | T. Rowe Price Mid-Cap Growth | Mutual Fund | NR | 18,677,497 |
| | T. Rowe Price Target 2005 | Mutual Fund | NR | 1,226,935 |
| | T. Rowe Price Target 2010 | Mutual Fund | NR | 2,450,415 |
| | T. Rowe Price Target 2015 | Mutual Fund | NR | 5,843,949 |
| | T. Rowe Price Target 2020 | Mutual Fund | NR | 14,458,507 |
| | T. Rowe Price Target 2025 | Mutual Fund | NR | 15,607,632 |
| | T. Rowe Price Target 2030 | Mutual Fund | NR | 17,561,561 |
| | T. Rowe Price Target 2035 | Mutual Fund | NR | 15,198,284 |
| | T. Rowe Price Target 2040 | Mutual Fund | NR | 13,002,872 |
| | T. Rowe Price Target 2045 | Mutual Fund | NR | 12,032,959 |
| | T. Rowe Price Target 2050 | Mutual Fund | NR | 12,665,429 |
| | T. Rowe Price Target 2055 | Mutual Fund | NR | 7,743,406 |
| | T. Rowe Price Target 2060 | Mutual Fund | NR | 1,609,512 |
| | Vanguard Institutional Index | Mutual Fund | NR | 36,054,444 |
| | Vanguard Intermediate-Term Bond Index | Mutual Fund | NR | 18,837,538 |
| | Vanguard Small Cap Index Signal | Mutual Fund | NR | 7,047,592 |
| | Templeton Global Bond Adv | Mutual Fund | NR | 447,301 |
| | Metropolitan West Total Return Bond | Mutual Fund | NR | 7,367,976 |
| | BlackRock Strategic Income Opps Instl | Mutual Fund | NR | 537,093 |
| | John Hancock Alternative Asset Allocation | Mutual Fund | NR | 104,981 |
| * | Voya SmallCap Opportunities Portfolio | Mutual Fund | NR | 3,234,749 |
| | Boston Partners Small Cap Value II | Mutual Fund | NR | 5,353,970 |
| | Self-Managed Accounts | Self-Managed Accounts | NR | 2,335,269 |

Refer to accompanying Independent Auditor's Report.

**Serco Inc. 401(k) Retirement Plan**
**EIN: 22-2902286**
**Plan: 003**

**Schedule H, Line 4i - Schedule of Assets (Held at End of Year) (Continued)**

*December 31, 2018*

| (a) | (b)<br>Identity of Issue, Borrower<br>Lessor or Similar Party | (c)<br>Description of Investment<br>Including Maturity Date,<br>Rate of Interest, Collateral,<br>Par or Maturity Value | (d)<br>Cost | (e)<br>Current<br>Value |
|---|---|---|---|---|
| * | <u>Voya Life Insurance and Annuity Company:</u> | | | |
| * | Voya Stabilizer Fund | Guaranteed Investment<br>Contract | NR | 26,004,326 |
| | **Subtotal** | | | 326,166,950 |
| * | Participant loans | Various, bearing interest from<br>4.25% to 9.67% | - | 8,910,890 |
| | **Total** | | $ | 335,077,840 |

\* A party-in-interest as defined by ERISA.

NR - Not required for participant directed funds

Refer to accompanying Independent Auditor's Report.

**Serco Inc. 401(k) Retirement Plan**
**EIN: 22-2902286**
**Plan: 003**

**Schedule H, Line 4i - Schedule of Assets (Held at End of Year)**

December 31, 2018

| (a) | (b)<br>Identity of Issue, Borrower<br>Lessor or Similar Party | (c)<br>Description of Investment<br>Including Maturity Date,<br>Rate of Interest, Collateral,<br>Par or Maturity Value | (d)<br>Cost | (e)<br>Current<br>Value |
|---|---|---|---|---|
| * | Voya Institutional Trust Company: | | | |
| | American Funds Capital World Gr&Inc R4 | Mutual Fund | NR | $ 7,564,607 |
| | American Funds EuroPacific Growth R6 | Mutual Fund | NR | 6,736,333 |
| | BlackRock High Yield Bond | Mutual Fund | NR | 3,231,835 |
| | Fidelity Extended Market Index | Mutual Fund | NR | 11,176,638 |
| | Fidelity International Index | Mutual Fund | NR | 14,199,617 |
| * | Voya Large Cap Growth | Mutual Fund | NR | 23,816,238 |
| | MFS Value | Mutual Fund | NR | 10,142,096 |
| | MFS Mid Cap Value | Mutual Fund | NR | 3,895,389 |
| | T. Rowe Price Mid-Cap Growth | Mutual Fund | NR | 18,677,497 |
| | T. Rowe Price Target 2005 | Mutual Fund | NR | 1,226,935 |
| | T. Rowe Price Target 2010 | Mutual Fund | NR | 2,450,415 |
| | T. Rowe Price Target 2015 | Mutual Fund | NR | 5,843,949 |
| | T. Rowe Price Target 2020 | Mutual Fund | NR | 14,458,507 |
| | T. Rowe Price Target 2025 | Mutual Fund | NR | 15,607,632 |
| | T. Rowe Price Target 2030 | Mutual Fund | NR | 17,561,561 |
| | T. Rowe Price Target 2035 | Mutual Fund | NR | 15,198,284 |
| | T. Rowe Price Target 2040 | Mutual Fund | NR | 13,002,872 |
| | T. Rowe Price Target 2045 | Mutual Fund | NR | 12,032,959 |
| | T. Rowe Price Target 2050 | Mutual Fund | NR | 12,665,429 |
| | T. Rowe Price Target 2055 | Mutual Fund | NR | 7,743,406 |
| | T. Rowe Price Target 2060 | Mutual Fund | NR | 1,609,512 |
| | Vanguard Institutional Index | Mutual Fund | NR | 36,054,444 |
| | Vanguard Intermediate-Term Bond Index | Mutual Fund | NR | 18,837,538 |
| | Vanguard Small Cap Index Signal | Mutual Fund | NR | 7,047,592 |
| | Templeton Global Bond Adv | Mutual Fund | NR | 447,301 |
| | Metropolitan West Total Return Bond | Mutual Fund | NR | 7,367,976 |
| | BlackRock Strategic Income Opps Instl | Mutual Fund | NR | 537,093 |
| | John Hancock Alternative Asset Allocation | Mutual Fund | NR | 104,981 |
| * | Voya SmallCap Opportunities Portfolio | Mutual Fund | NR | 3,234,749 |
| | Boston Partners Small Cap Value II | Mutual Fund | NR | 5,353,970 |
| | Self-Managed Accounts | Self-Managed Accounts | NR | 2,335,269 |

Refer to accompanying Independent Auditor's Report.

**Serco Inc. 401(k) Retirement Plan**
**EIN: 22-2902286**
**Plan: 003**

**Schedule H, Line 4i - Schedule of Assets (Held at End of Year) (Continued)**

*December 31, 2018*

| (a) | (b) Identity of Issue, Borrower Lessor or Similar Party | (c) Description of Investment Including Maturity Date, Rate of Interest, Collateral, Par or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Voya Life Insurance and Annuity Company: | | | |
| * | Voya Stabilizer Fund | Guaranteed Investment Contract | NR | 26,004,326 |
| | **Subtotal** | | | 326,166,950 |
| * | Participant loans | Various, bearing interest from 4.25% to 9.67% | - | 8,910,890 |
| | **Total** | | $ | 335,077,840 |

* A party-in-interest as defined by ERISA.

NR - Not required for participant directed funds

Refer to accompanying Independent Auditor's Report.