

# FIRM RESUME

## GREG COLEMAN LAW PC
*A Professional Corporation*

First Tennessee Plaza

800 S. Gay Street, Suite 1100

Knoxville, TN 37929



# TABLE OF CONTENTS

| | |
|---|---|
| The Firm | 3 |
| Practice Areas | 3 |
| Representative Cases | 4 |
| Our Team | 7 |
| Contact Us | 26 |



# THE FIRM

**Greg Coleman Law PC is an** AV rated, full-service plaintiffs' law firm composed of a carefully assembled, talented group of 13 attorneys with sound judgment, exceptional skills, and broad expertise. The firm's goal is simple: provide high quality legal services with innovative and progressive approaches to the law. To this end, the firm's attorneys recognize the importance of courtroom experience at all levels and the value of a diverse legal practice.  Above all else, it is our commitment to aggressively fight for the rights of our clients that sets the firm apart.

# OUR ACCOLADES



# PRACTICE AREAS

- Class Actions
- Consumer Protection/Consumer Rights
- ERISA Litigation
- False Advertising
- Multi-District Litigation/Mass Actions
- Federal and State Appeals
- Breach of Contract & UCC Disputes
- Business Litigation
- Chemical-Related Cancers & Diseases

- Dangerous Drugs & Medical Devices
- Fraud/Misrepresentation
- Securities Litigation
- FLSA Litigation
- Auto, Trucks & Motorcycle Accidents
- Insurance Coverage Disputes
- Medical Malpractice
- Toxic Tort



# REPRESENTATIVE CASES

*Adelman v. Rheem Manufacturing Company* (D. Ariz.): Co-lead counsel in product defect class action.

*Ajose v. Interline Brands, Inc.* (M.D. Tenn.): Counsel in product defect class action.

*Anderson v. Ford Motor Company* (W.D. Missouri): Co-lead counsel in vehicle safety defect class action.

*Berman v. General Motors* (S.D. Fla.): Co-lead counsel in vehicle defect class action.

*Chapman v. TriStar Products, Inc.* (N.D. Ohio): Lead counsel in multistate defective product class action.

*Chason v. Capital City Bank* (Gadsden Cty. Cir. Ct., Fla.): Co-lead counsel in overdraft fee class action.

*Clark v. Lumber Liquidators* (N.D. Ga.): Co-lead counsel in product defect class action.

*Curtis v. Alcoa* (E.D. Tenn.): Co-lead counsel in ERISA class action.

*Davis v. Westgate Planet Hollywood Las Vegas* (D. Nev.): Co-lead counsel in a Fair Labor Standards Act case.

*Dickerson v. York International Corporation* (M.D. Penn.): Co-lead counsel in product defect class action.

*Feuquay v. Teachers Credit Union* (St. Joseph Cty., Cir. Ct., Ind.): Co-lead counsel in overdraft fee class action.

*Floyd v. American Honda Motor Co., Inc.* (C.D. Cal., 9th Circuit Court of Appeals): Co-lead counsel in vehicle safety defect class action.

*Fultineer v. Lumber Liquidators* (W.D. Ky.): Co-lead counsel in product defect class action.

*Glenn v. Hyundai Motors America* (C.D. Cal.): Co-lead counsel in vehicle safety defect class action.

*Harding v. Midsouth Bank* (W.D. La.): Co-lead counsel in overdraft fee class action.

*Hardwick v. Fluidmaster, Inc.* (D.N.H.): Co-lead counsel in product defect class action.

*Hatmaker v. Consolidated Nuclear Security, LLC* (E.D. Tenn.): Lead counsel in ERISA class action.



*Hindsman v. General Motors* (N.D. Cal.): Co-lead counsel in vehicle defect class action.

*Hirst v. Skywest Airlines, Inc.* (N.D. Ill., 7th Circuit Court of Appeals): Co-lead counsel in employee wage and hour class action.

*Hungerman v. Fluidmaster, Inc.* (W.D. Penn.): Co-lead counsel in multistate product defect class action.

*Hurd v. America's Collectibles Network, Inc.* (Knox Cty. Cir. Ct., Tenn.): Co-lead counsel in consumer protection and false advertising class action.

*Jammal v. American Family Insurance Company* (N.D. Ohio): Co-lead counsel in ERISA class action.

*Jenkins v. Lawrence E. Keeble, Marcelo Pinto and Star Transportation, Inc.* (Davidson Cty. Cir. Ct., Tenn.): Lead counsel in personal injury action which led to the single largest auto negligence verdict in Tennessee for 2009.

*Johnson v. Direct Shopping Network, Inc.* (L.A. Sup. Ct., Cal.): Co-lead counsel in consumer protection and false advertising class action.

*Johnson v. Nissan North America, Inc.* (N.D. Cal.): Co-lead counsel in vehicle safety defect class action.

*Klug v. Watts Regulator Co.* (D. Neb.): Co-lead counsel in product defect class action.

*Kondash v. Kia Motors America* (S.D. Ohio): Co-lead counsel in vehicle safety class action.

*Krause v. MB Financial Bank* (Cook Cty. Cir. Ct., Ill.): Co-lead counsel in overdraft fee class action.

*Lewis v. Allegheny Ludlum Corp.* (W.D. Penn.): Co-lead counsel in ERISA class action.

*Lowther v. AK Steel* (S.D. Ohio): Co-lead counsel in ERISA class action.

*Meadow v. NIBCO, Inc.* (M.D. Tenn.): Counsel in product defect class action.

*Meek v. Skywest Airlines, Inc.* (N.D. Cal.): Co-lead counsel in employee wage and hour class action.

*Merkner v. AK Steel* (S.D. Ohio): Co-lead counsel in ERISA class action.

*Michelhaugh v. Consolidated Nuclear Security, LLC* (Anderson County Tenn. Cir. Ct.): Lead counsel in breach of contract class action.

*Moreno v. Toyota Motor Sales* (C.D. Cal.): Co-lead counsel in vehicle safety defect class action.

*Mull v. Glacier Bank* (Lincoln Cty. Cir. Ct., Mont.): Co-lead counsel in overdraft fee class action.



*Muzingo v. Bank of the Ozarks* (Pulaski Cty. Cir. Ct., Ark.): Co-lead counsel in overdraft fee class action.

*O'Keefe v. Pick Five Imports, Inc.* (M.D. Fla.): Co-Lead counsel in defective product class action.

*Price v. L'Oreal USA Inc.* (S.D. N.Y.): Co-lead counsel in false advertising class action.

*Roberts v. Electrolux Home Products, Inc.* (C.D. Cal.): Co-lead counsel in multistate safety defect class action.

*Rysewyk v. Sears Holding Corporation* (N.D. Ill.): Co-lead counsel in product defect class action.

*Samuel v. Chrysler Group LLC* (C.D. Cal.): Co-lead counsel in multistate vehicle safety defect class action.

*Sanborn v. Nissan North America, Inc.* (S.D. Fla.): Co-lead counsel in vehicle safety defect class action.

*Sanchez v. General Motors* (N.D. Ill.): Co-lead counsel in vehicle defect class action.

*Satterfield v. Alcoa, Inc.,* 266 S.W. 3d 347 (Tenn. 2008): Co-lead counsel in Tennessee Supreme Court case in which the Supreme Court ruled that a duty is owed by Alcoa to a nonemployee household member as it relates to the household member's contraction of mesothelioma.

*Stedman v. Mazda Motor Corp.* (C.D. Cal.): Co-lead counsel in multistate vehicle safety defect class action.

*Swift v. QNB Bank* (Bucks Cty Cir. Ct., Penn.): Co-lead counsel in overdraft fee class action.

*Tanasi v. New Alliance Bank* (W.D.N.Y.): Co-lead counsel in overdraft fee class action.

*Tapp v. Skywest Airlines, Inc.* (N.D. Ill.): Co-lead counsel in employee wage and hour class action.

*Vickery v. Lumber Liquidators* (E.D. Tenn.): Co-lead counsel in product defect class action.

*Watson v. Westgate Resorts, Inc.* (E.D. Tenn.): Co-lead counsel in a Fair Labor Standards Act case.

*West v. East Tennessee Pioneer Oil Co.* (Tenn.): A Tennessee Supreme Court case in which the Court ruled a convenience store had a legal duty to the plaintiffs for selling gas to an obviously intoxicated driver.

*White v. Nutribullet, LLC* (C.D. Cal.): Lead counsel in product defect class action.

*Williams v. FCA US LLC* (W.D. Missouri): Co-lead counsel in vehicle safety defect class action.



# Gregory F. Coleman | Founder and Managing Partner



Greg Coleman is the Founder and Managing Partner of Greg Coleman Law PC with 30 years of trial and appellate experience. Greg received his B.A. with highest honors and distinction from Jacksonville State University in 1986. He attended The University of Tennessee College of Law, graduating in 1989. In addition to distinguishing himself academically, Greg was a member of the National Trial Moot Court Team, was the recipient of the American Jurisprudence Award for National Trial Team and was listed in Who's Who Among Rising Young Americans. In addition, the College of Law bestowed upon Greg the honor of inclusion into the National Order of Barristers for outstanding oral advocacy and trial skills.

Greg's practice focuses on class actions, products liability, medical malpractice, personal injury, complex multi-district litigation, toxic torts, premises liability, ERISA, ERISA class actions, drug and medical device litigation, and workers' compensation.

He was co-lead counsel in a defective products case against Electrolux in which he and co-counsel successfully obtained a settlement on behalf of a class of more than one million members regarding defectively manufactured dryers. The settlement resulted in an expected utilization settlement value of over $35 million.

Greg was co-lead counsel in a series of automobile defect class actions against General Motors in Florida, Illinois, and California, in which he and co-counsel successfully obtained a $42 million settlement on behalf of a class of 1.6 million consumers regarding excessive oil consumption.

He was lead trial counsel in an ERISA class action against AK Steel Corporation in which he successfully obtained a $178.6 million settlement on behalf of a class of over 3,000 retirees of AK Steel's Butler Works Plant in Pennsylvania in 2011.  Excerpts from the final approval hearing before Judge Black:

*"[T]he class has been enormously well represented by the attorneys in this case. I started with the observation that this was a historic moment.  I genuinely believe that.*

*"The plaintiffs and the members of the class have been enormously well represented by counsel."*

*"[T]here is no doubt that the settlements herein represent excellent result for the class members and obviate all risk of continued litigation."*

*"[T]he Court finds that the hourly and salaried settlements represent excellent result for the class members and provides them with a substantial benefit."*

*"I reach the conclusion based on acknowledging the extraordinary benefit achieved for the class, the high level of value of these plaintiffs' counsel's services.  The lawyers here are excellent, highly regarded, and their service has brought great value to the class."*



*"I acknowledge this was a complex and demanding case involving a great deal of work and that the end result occurred largely, if not fully, attributable to the diligence, determination, hard work of plaintiffs' counsel, who were vigorously contested, as the company was represented by extraordinary lawyers.*

Judge Timothy S. Black, U.S.D.C. S.D. Ohio.

Greg was also lead trial counsel in an ERISA class action case against AK Steel Corporation in which he successfully obtained a $15.8 million settlement on behalf of a class of over 250 retirees of AK Steel's Zanesville Works Plant in Ohio in 2012.

He was lead counsel in a week-long trucking accident trial in which he obtained the largest negligence verdict in the state of Tennessee for 2009. *Jenkins v. Keeble*, Davidson County.

Greg Coleman has been and is currently involved in complex product liability and drug product liability litigation and has tried more than one hundred jury trials and countless other bench trials during his career.  He has tried jury trials throughout the country and has been admitted *pro hac vice* in complex matters nationwide, including a six-week long jury trial in Sacramento, California, for which he was lead counsel.

Greg is admitted to practice in the following courts:

- State Courts of Tennessee
- Tennessee Supreme Court
- United States Supreme Court
- United States District Court, Eastern District of Tennessee
- United States District Court, Middle District of Tennessee
- United States District Court, Western District of Tennessee
- United States District Court, District of Colorado
- United States District Court, Central District of Illinois
- United States District Court, Northern District of Illinois
- United States District Court, Southern District of Illinois
- United States District Court, Southern District of Indiana
- United States District Court, Eastern District of Michigan
- United States District Court, Eastern District of Missouri
- United States District Court, District of Nebraska
- United States District Court, Western District of New York
- United States District Court, Eastern District of Wisconsin
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Federal Claims

He is certified as a Civil Trial Advocacy Specialist and as a Civil Pretrial Advocacy Specialist by the National Board of Trial Advocacy.  Greg is a member of the American Bar Association, Tennessee Bar Association, and is also a member of the Knoxville Bar Association.

Greg is listed in Best Lawyers in America in two separate categories and has been named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association.  He was named as Best Lawyers of America Lawyer of the Year in Products Liability and was also named by the U.S. News and World Report as one of the best lawyers and law firms in the country.  Additionally, Greg has been recognized as one of Knoxville's Top Attorneys in eight separate categories.  Greg Coleman Law is and has been ranked among the "Best Law Firms" by *U.S. News & World Report* and *Best Lawyer*.  Greg Coleman Law also received the 2014 and 2015 Litigator Awards from the Trial Lawyers Board of Regents.

Greg is proud to have been recognized by his colleagues through nomination to the Martindale-Hubbell Bar Register of Preeminent Lawyers which includes only those select law practices that have earned the highest rating in the Martindale-Hubbell Law Directory and have been designated by their colleagues as preeminent in their field. He is AV rated by the Martindale Hubble Legal Rating System Judicial Edition and Peer Review Edition, and is a Charter



Member and Senior Fellow of the Litigation Counsel of America, "a trial lawyer honorary society established to reflect the new face of the American Bar with limited membership representing less than one-half of one percent of American lawyers and is by invitation only." He is a Mid-South Super Lawyer representing the top five percent of Arkansas, Mississippi, and Tennessee attorneys. Greg is a lifetime member of the prestigious Multi-Million Dollar Advocates Forum, an organization whose members are limited to attorneys who have won multi-million dollar verdicts and settlements. He is a Charter member of the Knoxville Chapter of the American Inns of Court and a member of the American Association for Justice and Public Justice.  Greg has been featured in Newsweek Magazine in their Showcase of Nationwide Top Attorneys.

Greg has served as a guest lecturer and speaker on Advanced Trial Advocacy and at national seminars, including those sponsored by the Tennessee Bar Association, the National Business Institute, and Mass Torts Made Perfect. He has lectured extensively for many years on topics such as advanced trial tactics and strategy and complex litigation matters.  He has authored published materials regarding advanced trial strategy, ethics seminars, as well as numerous other publications for CLE seminars at which he has lectured.

Greg has been actively involved in civil and charitable activities, having served for many years on the Executive Board of Trustees for the Baptist Health System, including the Baptist Hospital of East Tennessee and related entities, and has been involved in many legal aid and pro bono projects in the Knoxville area.  Greg and his firm are donors to the annual Mission of Hope Christmas Barrel drive providing warm coats for the children of rural Appalachia.   In support of the Knoxville Academy of Medicine and Knoxville Academy of Medicine Alliance's Conversation Ready Project, Greg performed at the "A Little More Conversation" event.   The Conversation Ready Project is a program of the Knoxville Academy of Medicine Foundation and was formed to ensure that everyone's end-of-life wishes are expressed and respected.

Reported Cases:

West v. East Tennessee Pioneer Oil Co., 172 S.W. 3d 545 (Tenn. 2005), which is a Tennessee Supreme Court case in which the Supreme Court ruled a convenience store had a legal duty to the plaintiffs Gary West and Michelle Richardson (Greg's clients) for selling gas to an obviously intoxicated driver, who then had an accident with Gary West and Michelle Richardson on the roadway. This case was the first case to find that a convenience store had a legal duty to a driver on the roadway (Gary West and Michelle Richardson) for selling gas to an obviously intoxicated driver who then had an accident with Greg's clients.

Satterfield v. Alcoa, Inc., 266 S.W. 3d 347 (Tenn. 2008), which is a Tennessee Supreme Court case in which the Supreme Court ruled that a duty is owed by Alcoa to a nonemployee household member as it relates to the household members contraction of mesothelioma.

Merkner v. AK Steel, 2010 U.S. Dist. LEXIS 12742, 48 BNA 1923.

Lowther v. AK Steel, 2012 U.S. Dist. LEXIS 181476, 54 BNA 1931.



# Adam A. Edwards | Senior Attorney



Adam Edwards is a Senior Attorney at Greg Coleman Law, and acts as the lead attorney on many of the firm's serious personal injury cases.  He also serves as a primary litigator on many of the firm's class action, multi-district litigation, and defective product cases.

He attended The University of Tennessee where he received his undergraduate degree in political science and served as a field office intern for United States Senator and former Senate Majority Leader, Dr. Bill Frist.

After graduating from UT, Mr. Edwards was accepted into the Juris Doctor program at the Washburn University School of Law where he was awarded an academic merit scholarship after his first year of coursework.  While at Washburn, Adam excelled in oral advocacy and was selected as the President of the Moot Court Counsel on Oral Advocacy.  He was also selected as a member of the Order of Barristers.  He received his JD after graduating with Dean's Honors in 2000.

Adam's formal legal career started when he accepted a position as an Attorney at Husch Blackwell (formerly Blackwell Sanders) in Kansas City, Missouri in 2000. During the first four years of his legal career, Mr. Edwards successfully defended a number of well-known insurance companies and corporations in a wide range of litigation matters.

Today, Mr. Edwards utilizes his extensive trial experience and diverse background to advocate for personal injury victims and consumers who have suffered damages resulting from dangerous and defective products.

Mr. Edwards was selected by fellow members of the Knoxville Bar as a "Top Attorney" in CITYVIEW Magazine's annual Top Attorney's issue. He was selected as a Top Attorney for a second time in 2010.  In 2017, Mr. Edwards was named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association. He was also selected for membership into the Million Dollar Advocates Forum, an honor reserved for trial lawyers who have secured a settlement or verdict in excess of one million dollars.

**Practice Areas**: Class Actions, Consumer Protection/Consumer Rights, Motor Vehicle Accident Litigation, Multi District Litigation, Business Litigation, Medical Malpractice, Workers' Compensation, Nursing Home Neglect, Personal Injury, Product Liability, Wrongful Death



# Mark E. Silvey | Senior Attorney



Mark E. Silvey is a Senior Attorney at Greg Coleman Law, and focuses primarily on the firm's complex litigation and class action cases.  Mark is a native of Knoxville, Tennessee growing up in the Halls community, with family ties going back several generations.  Mark's grandfather, Adrian Burnett, served on the Knox County School Board for a number of years.  Mark received a bachelor's degree in history from the University of Tennessee in 1984, concentrating in the study of medieval Japan and the early 20th century in the United States.  He was an invited participant in the Honors History program in 1983. He also served on the Dean's Student Advisory Council for the College of Arts and Sciences.

Mark received his law degree in 1988 from the University of Tennessee.  A member of the National Trial Team, he received recognition as an Outstanding Clinic Student for the Spring 1988 semester.

Offered an opportunity to relocate to Atlanta, Georgia, in 1997 Mark became an in-house attorney for State Farm Mutual Automobile Insurance Company.  Staying in-house, but moving to Travelers Indemnity Company in 2001 in Atlanta, Mark returned home to Knoxville in 2006 to open a new in-house counsel office for Travelers.  Mark returned to private practice with Greg Coleman Law PC in 2010.

Mark's 31-year litigation career highlights includes more than 100 jury trials, more than 100 bench trials, and many appellate cases.  An active musician with wide ranging interests, Mark currently acts as the legal advisor to TheMarchingRoundtable.com and The Marching Roundtable Judges Academy.

**Practice Areas**: Class Actions, Consumer Protection/Consumer Rights, Multi District Litigation, Business Litigation, Product Liability, ERISA, Employment Law, Motor Vehicle Accident Litigation, Wrongful Death



# Lisa A. White | Senior Attorney



Lisa White is a Senior Attorney at Greg Coleman Law PC working in the areas of complex litigation, class action cases, and wage and hour class and collective actions. She joined the firm in 2014.  Her primary areas of focus are product defect class actions (representing consumers who have purchased defective products manufactured by corporations that refuse to "do the right thing" by recalling or repairing the defect, or reimbursing consumers for damages caused by the defect), and fair wage cases (representing current and former employees against businesses that routinely violate the Fair Labor Standards Act and state wage laws). She has taken a lead role in a number of wage-related class actions in the airline industry, which are especially complicated by the intersection of interstate travel, airline regulations, the Railway Labor Act, and the dormant Commerce Clause.  She has a lead role in the firm's ongoing case against SkyWest Airlines, in which the Seventh Circuit Court of Appeals reversed the District Court's dismissal of claims made on behalf of flight attendants alleging they were underpaid.

The majority of the cases Lisa works on are filed in the federal court system, both in the District Courts and Circuit Courts of Appeals.  Prior to joining Greg Coleman Law, her law practice included extensive trial and appellate experience.

A writer and researcher at heart, Lisa returned to law school after completing her Bachelor's in Sociology and Masters in Sociology from The University of Tennessee, and received a Chancellor's honor for Extraordinary Professional Promise upon graduating. She taught for a number of years at several universities.  In addition, she completed the coursework for her PhD in American Studies at The College of William and Mary just prior to entering law school.  Lisa is a graduate of The University of Tennessee College of Law.

While at The University of Tennessee College of Law, Lisa was a Co-Coordinator of Tennessee Innocence Project, the Research Editor for Tennessee Journal of Law and Policy, and practiced in both the Domestic Violence Clinic and the Advocacy Clinic.  As a student, Lisa won first place in the American Bar Association's Commission on Domestic and Sexual Violence Student Writing Competition for her paper: "Unlikely Bedfellows: The Intersection Between The Defense of Marriage Act(s) and Domestic Violence Prosecution." Lisa has had a number of papers published in peer-reviewed journals in law as well as in other academic fields including both sociology and history. In Spring 2018, an article she wrote on *South Dakota v. Wayfair, Inc.*, a case that was pending before the U.S. Supreme Court at the time, was published in Dicta, a publication of the Knoxville Bar Association.



Ms. White has been selected by fellow members of the Knoxville Bar as a "Top Attorney" in CITYVIEW Magazine's annual Top Attorneys' issue.

Lisa and her family are avid travelers and she has visited all seven continents.  In addition, she has worked remotely for Greg Coleman Law PC while living on the South Island of New Zealand.

Practice Areas: Class Actions, Fair Labor Practices (including litigation in the airline industry), Consumer Protection/Consumer Rights, Multi District Litigation, Business Litigation, Product Liability, ERISA



# Rachel Soffin | Senior Attorney



Rachel Soffin is a Senior Attorney at Greg Coleman Law and focuses on consumer class action litigation. She has spent the majority of her career prosecuting class action cases, including state and federal class actions involving product manufacturers and retailers, deceptive trade practices, privacy violations, and insurance and banking disputes.  Prior to joining Greg Coleman Law, Rachel worked in the area of consumer class actions in Morgan & Morgan's Tampa office. Prior to her time at Morgan & Morgan, Rachel served as in-house counsel for one of Florida's largest employee leasing companies.

Rachel obtained her undergraduate degree in Finance, with honors, from The Florida State University.  While in college, she worked at the Florida Legislature, where she worked closely with government leaders. Rachel earned her law degree from Stetson University College of Law, cum laude, where she served as a Digest Writer on the Stetson Law Review and was published multiple times in that capacity.

Rachel is admitted to practice in the state courts of Florida and Georgia, and in the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Georgia, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Eleventh Judicial Circuit.

Ms. Soffin has been designated by *Super Lawyers* as a Florida Rising Star (2011-2013), and as a Florida Super Lawyer (2014-2018) in the fields of Class Actions/Mass Torts.

**Practice Areas**:  Class Actions, Consumer Protection, Mass Torts



# Arthur Stock | Senior Attorney



Arthur Stock joined Greg Coleman Law as a Senior Attorney in 2019. Previously, he had been a shareholder at Berger Montague in Philadelphia, Pennsylvania for over 20 years. Throughout his career, he has represented plaintiffs in commercial, financial, securities, and consumer class actions. He has also represented whistleblowers in *qui tam* actions in federal courts, and in administrative proceedings before the U.S. Securities and Exchange Commission, the Internal Revenue Service, and the United States Tax Court.

Mr. Stock was a principal litigator in numerous class actions, including: *Merrill Lynch Inc. Securities Litigation,* which resulted in a $475 million settlement on behalf of investors in Merrill Lynch securities; *Lee v. Enterprise Leasing Co.,* in which class members recovered 80% of alleged damages from allegedly illegal charges regarding Nevada airport car rentals; and *Vasco v. PHRG,* an action brought under the Telephone Consumer Protection Act, in which class members recovered $5.2 million from a business that allegedly placed telemarketing calls to consumers without prior express consent.

Before entering private practice, Mr. Stock served as a Law Clerk to the Honorable Jackson L. Kiser, United States District Court of the Western District of Virginia.

**Representative reported decisions:**

*Richardson v. Verde Energy USA, Inc.,* 354 F.Supp.3d 639 (E.D. Pa. 2018), and 2016 WL 7380708 (E.D. Pa. Dec. 19, 2016), (sustaining complaint and partially denying summary judgment in TCPA class action).

*South Peninsula Hospital v. Xerox State Healthcare LLC,* 223 F.Supp.3d 929 (D. Alaska 2016) (sustaining complaint in class action brought on behalf of healthcare providers in Alaska for improper delays and denials of Medicaid reimbursement caused by allegedly defective software).

*Vasco v. PHRG,* 2016 WL 5930876 (E.D. Pa. Oct. 12, 2016) (approving consumer class settlement).

*Lee v. Enterprise Leasing Co.-West,* 2015 WL 2345540 (D. Nev. May 15, 2015), and 300 F.R.D. 466 (D. Nev. 2014), and 30 F.Supp.3d 1002 (D. Nev. 2014) (granting plaintiffs' motions for summary judgment, class certification, and approval of settlement, in consumer class action alleging overcharges on airport car rentals).

*In re Clarus Corp. Securities Litigation,* 201 F.Supp.2d 1244 (N.D. Ga. 2002) (sustaining complaint in securities fraud class action).



**Publications:**

"Theory v. Practice:  A Comment on Orin Kerr's 'A Theory of Law'," 16 Green Bag 2d 224 (Winter, 2013)

"Make Way for Lawsuits," 11th Annual NERA Finance, Law & Economics Securities Litigation Conference

**Education:**

Yale University, B.A. with distinction in economics
        Two majors:  economics and philosophy

Duke University School of Law, J.D. with high honors
        Articles Editor, *Duke Law Journal*
        Order of the Coif

**Admissions:**

State Courts of Pennsylvania
State Courts of North Carolina
Pennsylvania Supreme Court
United States District Court of the Eastern District of Pennsylvania
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Ninth Circuit
United States Tax Court

**Practice Areas**:   Class Actions, Complex Litigation, Fair Labor Practices, Consumer Protection, Consumer Rights



# Martha Geer | Senior Attorney



Martha Geer has a combination of experience that few attorneys possess and clients find invaluable. She has practiced for more than two decades as a respected litigator and appellate advocate, and served for more than 13 years as a rarely-reversed appellate judge. As a trial lawyer and board-certified appellate specialist, Judge Geer is known for obtaining cutting-edge and precedent-setting victories in both class actions and individual cases in a diverse set of practice areas, including consumer protection, securities, ERISA, environmental, labor and employment law, antitrust and trade regulation, contingent commercial litigation, and civil rights litigation.

Judge Geer received her B.A. summa cum laude from Bryn Mawr College and her J.D. with high honors from the University of North Carolina Schoo l of Law where she was a Morehead Fellow (a merit-based full scholarship), and served as Managing Editor of the North Carolina Law Review.

After law school, Judge Geer joined Paul Weiss, one of the top law firms in the country, where she represented corporate clients in class actions, shareholder litigation, and commercial disputes. Subsequently, she was a partner with two leading North Carolina plaintiffs' firms (a founding member of the second firm), and represented plaintiffs in a wide range of complex civil litigation, including class actions and individual cases.

She was first elected to the North Carolina Court of Appeals in 2002. In 2010, because of her reputation as a fair and impartial judge, she garnered strong bipartisan support resulting in her winning re-election by a 20-point margin. During her tenure, Judge Geer heard more than 3,800 appeals, authored more than 1,350 opinions, and had her opinions reversed less than 2% of the time. She left the Court of Appeals to become a partner at Cohen Milstein Sellers & Toll LLP, a leading plaintiffs' class action firm, and founded its Raleigh office. In 2019, she joined Greg Coleman Law as a Senior Attorney.

Judge Geer is a highly sought-after teacher of continuing education programs for both judges and lawyers. As a trial and appellate lawyer, she has been regularly recognized in The Best Lawyers in America, most recently (2018, 2019, and 2020 eds.) in the areas of appellate practice and mass tort/class actions. Prior to joining the bench, she was selected by Business North Carolina as one of North Carolina's "Legal Elite."



# Alex R. Straus | Senior Attorney



Alex R. Straus was born and raised in New York, NY.  Alex is currently licensed to practice law in California, Massachusetts, New York, Rhode Island, and South Carolina.  For more than a decade, Alex has represented consumers, labor unions, and municipalities throughout the United States in practice areas ranging from complex tort and personal injury to antitrust and securities litigation.  Prior to joining Greg Coleman Law, Alex spent the majority of his legal career as a litigation attorney with Motley Rice LLC after a long career as an investigative journalist and author.  In 2013, Alex authored an *amicus curiae* brief filed in the United States Supreme Court in support of a shipyard worker who died as a result of asbestos exposure.

An avid writer, Alex co-authored with legendary trial lawyer, Ron Motley, a chapter in the book *Pathology of Asbestos-Related Diseases*, which was published in 2014.  Alex has also authored two books, *Medical Marvels: The 100 Most Important Medical Advances* (Prometheus Books, 2006) and *Guerrilla Golf: The Complete Guide to Playing Golf on Mountains, Pastures, City Streets and Everywhere But the Course* (Rodale Press, 2006).  The author of more than 100 nationally published feature-length articles, Alex won the New York Press Association Best Sports Feature award in 1999.

As a law student at Roger Williams University School of Law, Alex was the 2009 recipient of the Kathleen Brit Memorial Prize for Alternative Dispute Resolution and served as law clerk for the New England Patriots, working with the team's General Counsel on real estate acquisitions, environmental compliance, and collective bargaining issues.  Alex attended Rollins College in Winter Park, Florida and Columbia University's School of International and Public Affairs in New York, New York.

Publications:

- "Pathology of Asbestos-Related Diseases" (2013)
- "Medical Marvels: The 100 Most Important Medical Advances" (Prometheus Books, 2006)
- "Guerrilla Golf: The Complete Guide to Playing Golf on Mountains, Pastures, City Streets and Everywhere But the Course" (Rodale Press, 2006)

Education:

- Rollins College in Winter Park, Florida
- Columbia University's School of International and Public Affairs in New York, New York
- Roger Williams University School of Law



   o 2009 recipient of the Kathleen Brit Memorial Prize for Alternative Dispute Resolution

Admissions:

- State Courts of California
- State Court of Massachusetts
- State Court of New York
- State Court of Rhode Island
- State Court of South Carolina

Alex serves as an Executive Board Member of the Gary Forbes Foundation, a nonprofit organization that advocates for diabetes research and education.  Active in his community, he has worked with Volunteer of America's Operation Backpack, an organization that provides school supplies to more than 7,000 homeless children in New York City.



# Jonathan Cohen | Senior Attorney



Jonathan Cohen is a Senior Attorney at Greg Coleman Law and focuses on consumer class action litigation. Jonathan has spent his entire legal career prosecuting class actions, including state and federal consumer class actions against banks, mortgage companies, debt collectors, retailers, and insurance companies alleging violations of the Florida Deceptive and Unfair Trade Practices Act, the Telephone Consumer Protection Act, the Fair Credit Reporting Act, and the forced placement of insurance. He has also prosecuted class actions involving data breaches, defective products, deceptive products, breaches of contract, employment discrimination, and illegal taxation. Jonathan also served as counsel for the court-appointed receiver in the Ponzi scheme-related matter of *Wiand v. Wells Fargo Bank, et al.*, Case No. 8:12-cv-557-T-27EAJ (M.D. Fla.). Prior to joining Greg Coleman Law, Jonathan was a partner in Morgan & Morgan's Complex Litigation Group in Tampa, Florida. Prior to his time at Morgan & Morgan, Jonathan was a partner at James, Hoyer, Newcomer & Smiljanich, P.A., a firm specializing in the prosecution of nationwide consumer class actions and whistleblower (qui tam) actions.

Jonathan was born in Albany, New York and raised in Nashville, Tennessee. He attended Indiana University and graduated in 1996 with a Bachelor of Arts degree in Journalism. Following a career in marketing and advertising in Chicago, Jonathan relocated to St. Petersburg, Florida, where he attended Stetson University College of Law and earned his Juris Doctor degree in 2005. During his tenure at Stetson, Jonathan was an intern for the State Attorney's Office (Economic Crimes Unit), Thirteenth Judicial Circuit, Hillsborough County, and for the Honorable David A. Demers, Sixth Judicial Circuit of Florida.

Jonathan is admitted to practice in the state courts of Florida, and in the U.S. District Court for the Middle District of Florida, U.S. District Court for the Southern District of Florida, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Western District of Wisconsin, U.S. District Court for the District of Colorado, and U.S. Courts of Appeals for the First, Fifth, and Eleventh Circuits.

**Practice Areas**:  Class Actions, Consumer Protection, Mass Torts



**Class Counsel Appointments:**

Mr. Cohen has been appointed class counsel by courts in the following representative cases:

- Black-Brown v. Terminix Int'l Co. Ltd. Partnership, Case No. 16-cv-23607 (S.D. Fla.)
- Preman v. Pollo Operations, Inc., Case No. 16-cv-00443 (M.D. Fla.)
- Zyburo v. NCSPlus, Inc., Case No. 12-Cv-6677 (S.D.N.Y.)
- Swift v. Bank of America Corp., et al., No. 14-cv-01539 (M.D. Fla.)
- Ownby v. Citrus County, Florida, Case No. 2004-CA-1840 (Fla. 5th Cir., Citrus County)



# Justin G. Day | Senior Associate



A native East Tennessean, Justin graduated with a bachelor's degree in honors philosophy and political science from the University of Tennessee, where he was awarded the Davis Scholarship and named the top graduate in his major.  Justin then attended law school at the University of Tennessee College of Law, where he was a Green Scholar, president of the Christian Legal Society, and one of the first-ever recipients of the Jerry P. Black Jr. Student Clinic Attorney Award.

Before joining Greg Coleman Law, Justin practiced family law, juvenile law, and criminal law in Morristown, Tennessee.

Since joining the firm, Justin has been actively involved in a number of the firm's practice areas, including the firm's personal injury, consumer protection, and mass tort areas.

Active in his local community, Justin is a member of Fellowship Church of Knoxville and volunteers in its children's ministry.  In his spare time, Justin can usually be found exercising, reading at a local coffee shop, or playing golf.

# William A. Ladnier | Associate



Will Ladnier grew up in Nashville, Tennessee. A lifelong Vols fan, he then moved to Knoxville to attend the University of Tennessee, where he graduated *summa cum laude* with degrees in Classics, History, and Political Science.

After obtaining his undergraduate degree, Will attended William and Mary Law School in Williamsburg, Virginia. While there, he was heavily involved as a competing member of the National Trial Team and as Articles Editor for the *William & Mary Law Review*. Before graduating *cum laude*, he also worked with a number of judges in Virginia, including Justice LeRoy F. Millette on the Supreme Court of Virginia.

Following law school, Will returned to Knoxville and clerked with Chief Justice Sharon G. Lee on the Tennessee Supreme Court. He then accepted a position with Arnett, Draper & Hagood, focusing on insurance defense and medical malpractice and healthcare liability defense, representing the largest hospital association in the region.

Will joined Greg Coleman Law in 2018, shifting his practice to representing plaintiffs. He primarily practices in the areas of complex litigation and class action cases. Will is admitted to practice in Tennessee in both state and federal court in the Eastern District, and he is also a member of the Knoxville and Tennessee Bar Associations.

When not working, Will enjoys spending time with his wife, son, and dog, and if it's a weekend, you'll find him watching Vols and Titans football.

**Practice Areas**: Class Actions, Complex Litigation, Fair Labor Practices, Consumer Protection, Consumer Rights, Multi District Litigation, Product Liability



# Ryan P. McMillan | Associate



Ryan is a native of East Tennessee and grew up in Oak Ridge. There he was active in the Boy Scouts and competitive rowing. He attended the University of Mary Washington in Fredericksburg, Virginia, where he received his Bachelor's Degree, cum laude, in History.

Ryan returned to Tennessee in 2006 and later went to law school at the University of Tennessee, where he focused primarily on employment law. While in law school he clerked for the United States Department of Energy and London and Amburn, P.C.  He also was a staff editor for the Tennessee Journal of Law and Policy and received the Patrick L. Hardin Award for Excellence in Employment and Labor Law.

After law school, Ryan worked at Dale Buchanan and Associates for many years where he represented thousands of disabled clients.

In 2019, Ryan joined Greg Coleman Law to continue his work in representing plaintiffs, primarily in class action and complex litigation matters.

Ryan lives in Alcoa with his wife and son. In his free time, Ryan enjoys hiking in the Smokies, spending time with his family, and traveling.

**Practice Areas**:  Class Actions, Complex Litigation, ERISA, Disability Law



# Louis W. Ringger, III (Billy) | Associate



Billy Ringger joined Greg Coleman Law in 2019, bringing extensive experience in the areas of complex civil litigation and appellate practice.  Before joining the firm, Mr. Ringger practiced with the Knoxville law firm, Butler, Vines & Babb, PLLC, where he built a strong reputation as a successful litigator and a skilled advocate. Mr. Ringger now represents plaintiffs in a wide range of complex civil matters, including medical malpractice, toxic exposure, environmental damage litigation, civil rights actions, and whistleblower suits.

The son of a lawyer, Mr. Ringger is originally from Parsons, Tennessee, a small West Tennessee town near the Tennessee River.  He moved to Knoxville in 2002 to attend the University of Tennessee as an undergraduate and quickly fell in love with the area.  He later attended UT law school, where he was recognized for his skills in advocacy, receiving the Ogden and Sullivan Moot Court Brief Writing Award and the Susan B. Devitt National Moot Court Award for Written and Oral Advocacy.

After law school, Mr. Ringger served as judicial law clerk to then Chief Justice Sharon Lee of the Tennessee Supreme Court.  He remained in this role for nearly two-and-a-half years, serving as Chief of Staff to the Chief Justice for much of that time.  Through this experience, Mr. Ringger gained extensive knowledge of current and emerging Tennessee law and unique insight into the Tennessee judicial process.

Mr. Ringger is licensed to practice law in all state and federal courts in Tennessee and the United States Court of Appeals for the Sixth Circuit.  He is a member of the Knoxville and Tennessee Bar Associations, and the Tennessee Trial Lawyers Association.  He currently serves on the executive committee of the TBA Tort and Insurance Law section, and as Secretary of the KBA Professionalism Committee.  Outside of his practice, Mr. Ringger enjoys spending time with his family and hiking in the East Tennessee mountains.

**Practice Areas**:  General Civil Litigation, Personal Injury, Medical Malpractice, Toxic Torts, Civil Rights, Whistleblower Actions



# CONTACT US

Mail or in Person:           Greg Coleman Law PC
                             First Tennessee Plaza
                             800 S. Gay Street
                             Suite 1100
                             Knoxville, TN 37929

Telephone:                   865-247-0080

Facsimile:                   865-522-0049

Direct:

Gregory F. Coleman          greg@gregcolemanlaw.com        865-232-1315
Adam A. Edwards             adam@gregcolemanlaw.com        865-243-3496
Mark E. Silvey              mark@gregcolemanlaw.com        865-232-1319
Lisa A. White               lisa@gregcolemanlaw.com        865-243-3495
Rachel Soffin               rachel@gregcolemanlaw.com      865-247-0080
Arthur Stock                arthur@gregcolemanlaw.com      865-247-0080
Martha Geer                 martha@gregcolemanlaw.com      865-247-0080
Alex Straus                 alex@gregcolemanlaw.com        865-247-0080
Jonathan Cohen              jonathan@gregcolemanlaw.com    813-786-8622
Justin G. Day               justin@gregcolemanlaw.com      865-410-8190
William A. Ladnier          will@gregcolemanlaw.com        865-232-1318
Ryan P. McMillan            ryan@gregcolemanlaw.com        865-237-0900
Louis W. Ringger, III (Billy)  billy@gregcolemanlaw.com    865-217-2700

Internet:                    www.gregcolemanlaw.com

