IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ROBERT GLASSCOCK, individually, and as representative of a Class of Participants and Beneficiaries on Behalf of the Serco Inc. 401(k) Retirement Plan;

    Plaintiff,

     v.

SERCO INC;

    Defendant.

Civil Action No. 1:20-cv-00092- JFA

**PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Robert Glasscock will and hereby do move this Court for an Order: : (1) preliminarily approving the Settlement; (2) appointing Angeion Group, LLC as Settlement Administrator; (3) approving the proposed Settlement Notices and authorizing distribution of the Notices; (4) certifying the proposed Settlement Class and appointing Jordan Lewis, P.A., Crueger Dickinson LLC, Whitfield Bryson LLP, Greg Coleman Law, Wexler Wallace LLP, and Wise Law Firm, PLC.as counsel for the Settlement Class; (5) scheduling a final approval hearing; and (6) granting such other relief as set forth in the proposed Preliminary Approval Order submitted herewith.

This motion is made pursuant to Federal Rules of Civil Procedure 23(e), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Arthur Stock and exhibits thereto, including the Parties' Settlement Agreement, and all files, records, and proceedings in this matter.

Page 1

This motion is unopposed.

The parties do not request oral argument on this motion, and otherwise waive oral argument.

DATED: February 12, 2021    */s/*David Hilton Wise
David Hilton Wise, VA Bar No. 30828
John J. Drudi, VA Bar No. 86790
**WISE LAW FIRM, PLC**
10640 Page Avenue, Ste 320
Fairfax, Virginia 22030
T: (703) 934-6377/F: (703) 934-6379
dwise@wiselaw.pro
jdrudi@wiselaw.pro

Gregory F. Coleman
Arthur Stock
Ryan P. McMillan
**GREG COLEMAN LAW**
800 South Gay Street, Suite 1100
Knoxville, TN 37929
T: (865) 247-0080/F: (865) 522-0049
greg@gregcolemanlaw.com
arthur@gregcolemanlaw.com
ryan@gregcolemanlaw.com

Charles Crueger
Benjamin Kaplan
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Whitefish Bay, WI 53211
T: (414) 210-3868
cjc@cruegerdickinson.com
bak@cruegerdickinson.com

Jordan Lewis
**JORDAN LEWIS, P.A.**
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
T: (954) 616-8995/F : (954) 206-0374
jordan@jml-lawfirm.com

        Mark J. Tamblyn
        **WEXLER WALLACE LLP**
        333 University Avenue, Suite 200
        Sacramento, CA 95825
        T: (312) 346-2222

        Patrick M. Wallace
        Scott C. Harris
        **WHITFIELD BRYSON LLP**
        900 W. Morgan Street
        Raleigh, North Carolina 27603
        T: (919) 600-5000/F: (919) 600-5035
        Scott@whitfieldbryson.com
        Pat@whitfieldbryson.com

        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

        /s/David Hilton Wise
        David Hilton Wise