IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT GLASSCOCK, individually, and as representative of a Class of Participants and Beneficiaries on Behalf of the Serco Inc. 401(k) Retirement Plan;<br><br>            Plaintiff,<br><br>  v.<br><br>SERCO INC.,<br><br>            Defendant. | Civil Action No. 1:20-cv-00092-RDA-JFA |

**PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Robert Glasscock will and hereby does move this Court for an Order: granting final approval of the Parties' proposed Class Action Settlement Agreement ("Settlement Agreement"). Pursuant to the Court's order, this motion is scheduled to be heard at the time of the Fairness Hearing on July 9, 2021 at 10:00 a.m. in the Alexandria Courtroom 1000 of the Albert V. Bryan U. S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314. *See* ECF No. 96 ¶2.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Article 4 of the Parties' Class Action Settlement Agreement (ECF No. 92-1), and is based upon: the accompanying Memorandum of Law and authorities; the Declaration of Arthur Stock; the Declaration of Markham Sherwood and exhibits attached thereto; the Parties' Class Action Settlement Agreement (ECF No. 92-1); the Court's Preliminary Approval Order (ECF No. 96); and all files, records and proceedings in this matter. A proposed Final Approval Order is being

submitted in connection with this Motion, and is also included as an exhibit to the Settlement Agreement. *See* ECF No. 92-1 at 58.

Defendant does not oppose this motion as a party to the Settlement.

Dated: June 1, 2021                              Respectfully submitted,


*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
John J. Drudi, VA Bar No. 86790
**WISE LAW FIRM, PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
T: (703) 934-6377/F: (703) 934-6379
dwise@wiselaw.pro
jdrudi@wiselaw.pro

Gregory F. Coleman
Arthur Stock
Ryan P. McMillan
**GREG COLEMAN LAW**
800 South Gay Street, Suite 1100
Knoxville, TN 37929
T: (865) 247-0080/F: (865) 522-0049
greg@gregcolemanlaw.com
arthur@gregcolemanlaw.com
ryan@gregcolemanlaw.com

Patrick M. Wallace
Scott C. Harris
**WHITFIELD BRYSON LLP**
900 W. Morgan Street
Raleigh, North Carolina 27603
T: (919) 600-5000/F: (919) 600-5035
Pat@whitfieldbryson.com
Scott@whitfieldbryson.com

Charles Crueger
Benjamin Kaplan
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Whitefish Bay, WI 53211
T: (414) 210-3868

cjc@cruegerdickinson.com
bak@cruegerdickinson.com

Jordan Lewis
**JORDAN LEWIS, P.A.**
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
T: (954) 616-8995/F: (954) 206-0374
jordan@jml-lawfirm.com

Edward A. Wallace
Mark J. Tamblyn
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
T: (312) 346-2222/F: (312) 346-0022
Chicago, Illinois 60603
eaw@wexlerwallace.com
mjt@wexlerwallace.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2021, I electronically filed the foregoing Plaintiff's Motion for Final Approval of Class Action Settlement with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel or record.

                                                 */s/ David Hilton Wise*
                                                 David Hilton Wise